1
2
3
4
5
6
7        **UNITED STATES DISTRICT COURT**
8        **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 9  DANIEL J. SCHREIBER, individually and as Trustee of the Schreiber Living Trust, a California trust, | CASE NO. 17cv824-WQH-BLM |
| 10 | ORDER |
| 11                                Plaintiff, | |
|         v. | |
| 12  REDHAWK HOLDINGS CORP., a Nevada corporation formerly known as Independence Energy Corp., et al., | |
| 13 | |
| 14                                Defendants. | |

15  HAYES, Judge:

16        On September 26, 2017, the Court entered an Order granting a motion to dismiss

17  for improper venue and denying an application for a preliminary injunction. (ECF No.

18  34).  The Order stated in part:

19            IT IS HEREBY ORDERED that the motion to dismiss filed by
         Defendants is GRANTED. (ECF No. 19).  The Complaint (ECF No. 1)
20       is dismissed without prejudice.  Any motion for leave to amend in this
         Court shall be filed pursuant to Civil Local Rule 7.1 and within thirty (30)
21       days of the date of this Order.  If no motion is filed within that time, the
         Clerk of Court shall close the case.
22            IT IS FURTHER ORDERED that the application for a preliminary
         injunction filed by Plaintiff is denied without prejudice.  (ECF No. 16)
23
     The docket reflects that no motion for leave to file an amended complaint has been
24
     filed.  The Clerk of Court is directed to close this case.
25
     DATED:  November 9, 2017
26

27       **WILLIAM Q. HAYES**
         United States District Judge
28

- 1 -                                                        17cv824-WQH-BLM